UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMONA GONZALEZ, an individual, on behalf of herself and all others similarly situated,

        Plaintiffs,

   v.

CITIGROUP, INC.,

        Defendant.
_____/

NO. CIV. S-11-0795 LKK/GGH

O R D E R

A hearing on defendant Citibank's Motion to Compel Arbitration was held on August 1, 2011. Minutes prior to the hearing, plaintiff's counsel's assistant contacted the court's staff and indicated that the parties were negotiating dismissal of the case and that plaintiff's counsel was not planning to appear at the hearing. Plaintiff's counsel failed to appear at the hearing. Defense counsel appeared at the hearing, and indicated that plaintiff's counsel had initiated settlement discussions approximately one hour prior to the scheduled hearing.

1

Accordingly, the court ORDERS as follows:

[1] The hearing on defendant Citibank's Motion to Compel Arbitration, ECF No. 8, is CONTINUED to August 29, 2011.

[2] Plaintiff's counsel is ORDERED TO SHOW CAUSE why he should not be sanctioned in the amount of $150.00 plus defendant's costs for not appearing at the hearing on August 1, 2011. Plaintiff's counsel SHALL appear at the hearing on August 29, 2011 to show cause.

[3] Failure to appear may result in a finding that plaintiff's counsel is in contempt of court. Plaintiff's counsel SHALL appear at the hearing on August 29, 2011 to show cause even if the complaint against Citibank is dismissed prior to the hearing.

IT IS SO ORDERED.

DATED: August 2, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT