UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMONA GONZALEZ, an individual, on behalf of herself and all others similarly situated,

        Plaintiffs,

   v.

CITIGROUP, INC.,

        Defendant.

NO. CIV. S-11-0795 LKK/GGH

O R D E R

A status conference was held in chambers on September 19, 2011. After hearing, the court orders as follows:

1. A further status conference is set for November 21, 2011 at 2:30 p.m. The parties shall file updated status reports fourteen (14) days prior to the conference.

IT IS SO ORDERED.

DATED: September 22, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT