1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA GONZALEZ and MARY SALINAS, individually, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A.,<br><br>Defendant. | Case No.  No. 11-cv-00795-LKK-GGH<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

LA 51473118

**ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that the time for defendant Citibank, N.A. to respond to the First Amended Complaint, by answer, motion or otherwise, is extended from October 21, 2011 until seven (7) calendar days after the Court enters an order resolving the Motion for Reconsideration of the Court's September 19, 2011 Order.

**IT IS SO ORDERED.**

DATED: October 19, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-

LA 51473118