UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMONA GONZALEZ, an individual, on behalf of herself and all others similarly situated,

       Plaintiffs,

  v.

CITIGROUP, INC.,

       Defendant.
_____/

NO. CIV. S-11-0795 LKK/GGH

O R D E R

A hearing on defendant's motion for reconsideration was scheduled for November 21, 2011. On the morning of the scheduled hearing, plaintiffs' counsel indicated to the court that he was unable to attend the hearing for health reasons. This is the second time that plaintiffs' counsel has failed to appear at a scheduled hearing in this case. Both times, defendant's counsel has flown from Los Angeles to Sacramento for the hearings. Accordingly, the court ORDERS as follows:

////

1

[1] Defendant's Motion for Reconsideration will stand submitted on the papers.

[2] Plaintiffs' counsel is ORDERED to submit, within seven (7) days, an affidavit from his doctor stating that plaintiffs' counsel had a legitimate medical condition rendering him unable to travel to the hearing.

[3] Failure to comply with this order may be grounds for sanctions against plaintiffs' counsel, including monetary sanctions or a finding of contempt.

IT IS SO ORDERED.

DATED: November 22, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT