Joseph Darrell Palmer
darrell.palmer@palmerlegalteam.com
LAW OFFICES OF DARRELL PALMER PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Plaintiff MARY SALINAS

Julia B. Strickland
Lisa M. Simonetti
Marcos D. Sasso
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

Attorneys for Defendant
CITIBANK (South Dakota), N.A.,
Erroneously sued as CITIGROUP INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA GONZALEZ and MARY SALINAS, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>Defendant. | Case No. 11-cv-00795-LKK-GGH<br><br>**STIPULATION RE: DISMISSAL OF ACTION IN ITS ENTIRETY** |

Plaintiff Mary Salinas ("Plaintiff Salinas") and Defendant Citibank, N.A., Successor in Interest to Citibank (South Dakota), N.A., erroneously sued herein as Citigroup Inc., by and through their counsel of record, hereby stipulate as follows:

STIPULATION RE: DISMISSAL OF ACTION IN ITS ENTIRETY- 1

WHEREAS, on March 22, 2011, Plaintiff Gonzalez filed this action asserting individual and putative class claims alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*;

WHEREAS, on June 3, 2011, Defendant filed a motion to compel arbitration and stay action;

WHEREAS, on September 19, 2011, the Court denied defendant's motion to compel arbitration and stay action;

WHEREAS, on September 30, 2011, Defendant filed a motion for reconsideration;

WHEREAS, on October 4, 2011, Plaintiff Gonzalez filed a first amended complaint adding Plaintiff MARY SALINAS as a class action representative;

WHEREAS, on October 18, 2011, Defendant filed a notice of appeal of the Court's order denying defendant's motion to compel arbitration and stay action;

WHEREAS, on December 12, 2011, Defendant filed a motion to voluntarily dismiss its appeal filed on October 18, 2011;

WHEREAS, on December 13, 2011, the court granted Defendant's voluntary dismissal of its appeal;

WHEREAS, Mary Salinas has agreed to dismiss her individual claims against Defendant with prejudice in exchange for a waiver of costs, and Defendant has agreed to waive costs;

WHEREAS, there is no other agreement for the payment of money to Plaintiff Salinas or Plaintiff Salinas's counsel in dismissal of her claims against Defendant;

WHEREAS, Plaintiff Salinas's counsel has determined that the requirements for Plaintiff Salinas's claims to proceed as a class action representative against this Defendant could not be met as alleged in the complaint, and has agreed to dismiss her putative class claims without prejudice;

NOW THEREFORE, the parties agree as follows:

1. Plaintiff's individual claims against Defendant shall be dismissed in their entirety with prejudice.

2. The putative class claims asserted against Defendant shall be dismissed in their entirety without prejudice.

3. Defendant waives recovery of costs from Plaintiff.

4. This entire action shall be dismissed.

DATED: December 15, 2011          LAW OFFICES OF DARRELL PALMER PC

By:     /s/ *Darrell Palmer*
              DARRELL PALMER

Attorney for Plaintiff
MARY SALINAS


STROOCK & STROOCK & LAVAN LLP

Dated:  December 15, 2011          By:     /s/ *Marcos D. Sasso*
              MARCOS D. SASSO
              (with authority on 12/15/2011)
Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A., erroneously sued as CITIGROUP INC.