DARRELL PALMER (SB#125147)
darrell.palmer@palmerlegalteam.com
LAW OFFICES OF DARRELL PALMER PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Plaintiff MARY SALINAS

Julia B. Strickland
Lisa M. Simonetti
Marcos D. Sasso
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

Attorneys for Defendant
CITIBANK (South Dakota), N.A.,
Erroneously sued as CITIGROUP INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA GONZALEZ and MARY SALINAS, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>Defendant. | Case No. 11-cv-00795-LKK-GGH<br><br>**ORDER DISMISSING THIS ACTION IN ITS ENTIRETY** |

/ / /

/ / /

[PROPOSED] ORDER DISMISSING THIS ACTION IN ITS ENTIRETY

Having reviewed the Stipulation re: Dismissal of Action in its Entirety executed by plaintiffs' counsel and defendant's counsel, and good cause appearing therefor,

IT IS ORDERED that:

1. Plaintiff's individual claims against Defendant shall be dismissed in their entirety with prejudice.

2. The putative class claims asserted against Defendant shall be dismissed in their entirety without prejudice.

3. No party shall recover costs from any other party.

4. This entire action is dismissed.

IT IS SO ORDERED.

Dated: January 9, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT