1  DARRELL PALMER (SB#125147)
   darrell.palmer@palmerlegalteam.com
2  LAW OFFICES OF DARRELL PALMER PC
   603 N. Highway 101, Suite A
3  Solana Beach, CA 92075
   Telephone: (858) 792-5600
4  Facsimile: (858) 792-5655

5  Attorney for Plaintiff MARY SALINAS

6  Julia B. Strickland
   Lisa M. Simonetti
7  Marcos D. Sasso
   STROOCK & STROOCK & LAVAN LLP
8  2029 Century Park East, Suite 1600
   Los Angeles, CA 90067-3086
   Telephone: (310) 556-5800
9  Facsimile: (310) 556-5959

10 Attorneys for Defendant
   CITIBANK (South Dakota), N.A.,
11 Erroneously sued as CITIGROUP INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAMONA GONZALEZ and MARY SALINAS, individually, and on behalf of themselves and all others similarly situated, | Case No. 11-cv-00795-LKK-GGH |
|---|---|
| Plaintiffs, | **ORDER DISMISSING THIS ACTION IN ITS ENTIRETY** |
| v. | |
| CITIBANK, N.A., | |
| Defendant. | |

/ / /

/ / /

[PROPOSED] ORDER DISMISSING THIS ACTION IN ITS ENTIRETY

1  Having reviewed the Stipulation re: Dismissal of Action in its Entirety executed by
2  plaintiffs' counsel and defendant's counsel, and good cause appearing therefor,
3  IT IS ORDERED that:
4  1. Plaintiff's individual claims against Defendant shall be dismissed in their entirety
5  with prejudice.
6  2. The putative class claims asserted against Defendant shall be dismissed in their
7  entirety without prejudice.
8  3. No party shall recover costs from any other party.
9  4. This entire action is dismissed.

11  IT IS SO ORDERED.

13  Dated: January 9, 2012

```
                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```